**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamila | Y. | Creasman |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number: 18-31683
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | fraud analyst | |
| Employer's name | Vantiv | |
| Employer's address | 11410 Greens Crossing Blvd., Ste. ___<br>Number  Street | Number  Street |
| | Houston   TX   77067<br>City   State   Zip Code | City   State   Zip Code |
| How long employed there? | 1 month | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $2,427.00 | |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $2,427.00 | |

Official Form 106I                                Schedule I: Your Income                                page 1

Debtor 1   Jamila Y. Creasman                                         Case number (if known)  18-31683

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ................................................. → 4. | $2,427.00 | |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions          5a. | $305.00 | |
| | 5b. Mandatory contributions for retirement plans            5b. | $0.00 | |
| | 5c. Voluntary contributions for retirement plans             5c. | $0.00 | |
| | 5d. Required repayments of retirement fund loans          5d. | $0.00 | |
| | 5e. Insurance                                                              5e. | $0.00 | |
| | 5f. Domestic support obligations                                   5f. | $0.00 | |
| | 5g. Union dues                                                           5g. | $0.00 | |
| | 5h. Other deductions. Specify: _____                         5h.+ | $0.00 | |
| 6. | Add the payroll deductions.  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $305.00 | |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4.   7. | $2,122.00 | |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm    8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. Interest and dividends                                           8b. | $0.00 | |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | $584.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. Unemployment compensation                               8d. | $0.00 | |
| | 8e. Social Security                                                      8e. | $0.00 | |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: SNAP govt assistance                                  8f. | $238.00 | |
| | 8g. Pension or retirement income                                 8g. | $0.00 | |
| | 8h. Other monthly income. Specify: assistance from mother (varies depending   8h.+ | $975.00 | |
| 9. | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $1,797.00 | |
| 10. | Calculate monthly income.  Add line 7 + line 9.   10. | $3,919.00  + _____ = $3,919.00 | |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | |
| | Specify: _____                                                                                                                  11. + | $0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. | $3,919.00 Combined monthly income | |
| 13. | Do you expect an increase or decrease within the year after you file this form? | | |
| | ☐ No. | | |
| | ☑ Yes. Explain: the current child support of $584 per month ends in June 2018. Debtor expects the family law court to issue an order requiring payment of the delinquent support. | | |

Fill in this information to identify your case:

Debtor 1: **Jamila** (First Name)   **Y.** (Middle Name)   **Creasman** (Last Name)

Debtor 2 (Spouse, if filing): First Name ___ Middle Name ___ Last Name ___

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **18-31683**

Check if this is:
- [x] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?
   - [x] No. Go to line 2.
   - [ ] Yes. Does Debtor 2 live in a separate household?
     - [ ] No
     - [ ] Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - [ ] No
   - [x] Yes. Fill out this information for each dependent.......

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 18 | [ ] No  [x] Yes |
   | Son | 12 | [ ] No  [x] Yes |
   | | | [ ] No  [ ] Yes |
   | | | [ ] No  [ ] Yes |
   | | | [ ] No  [ ] Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - [x] No
   - [ ] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. _____

   If not included in line 4:

   4a. Real estate taxes     4a. _____

   4b. Property, homeowner's, or renter's insurance     4b. _____

   4c. Home maintenance, repair, and upkeep expenses     4c. $200.00

   4d. Homeowner's association or condominium dues     4d. $55.00

Debtor 1   Jamila Y. Creasman                              Case number (if known)   18-31683

Your expenses

5. Additional mortgage payments for your residence, such as home equity loans         5. _____

6. Utilities:

   6a. Electricity, heat, natural gas                                                  6a.   $100.00

   6b. Water, sewer, garbage collection                                                6b.    $50.00

   6c. Telephone, cell phone, Internet, satellite, and cable services                  6c.   $120.00

   6d. Other. Specify: _____                                                    6d. _____

7. Food and housekeeping supplies                                                      7.    $800.00

8. Childcare and children's education costs                                            8.     $66.00

9. Clothing, laundry, and dry cleaning                                                 9.    $150.00

10. Personal care products and services                                                10.    $73.00

11. Medical and dental expenses                                                        11.   $150.00

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.   12.   $280.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books                 13.   $100.00

14. Charitable contributions and religious donations                                   14. _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a. Life insurance                                                                15a. _____

    15b. Health insurance                                                              15b. _____

    15c. Vehicle insurance                                                             15c. _____

    15d. Other insurance. Specify: _____                                        15d. _____

16. Taxes.   Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                              16. _____

17. Installment or lease payments:

    17a. Car payments for Vehicle 1                                                    17a. _____

    17b. Car payments for Vehicle 2                                                    17b. _____

    17c. Other. Specify: _____                                                  17c. _____

    17d. Other. Specify: _____                                                  17d. _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).   18. _____

19. Other payments you make to support others who do not live with you.
    Specify: _____                                                              19. _____

Official Form 106J                        Schedule J: Your Expenses                                  page 2

| Debtor 1 | Jamila Y. Creasman | Case number (if known) | 18-31683 |

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

    20a. Mortgages on other property     20a. _____

    20b. Real estate taxes     20b. _____

    20c. Property, homeowner's, or renter's insurance     20c. _____

    20d. Maintenance, repair, and upkeep expenses     20d. _____

    20e. Homeowner's association or condominium dues     20e. _____

21. Other. Specify: _____     21. + _____

22. Calculate your monthly expenses.

    22a. Add lines 4 through 21.     22a. $2,144.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.     22b. _____

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c. $2,144.00

23. Calculate your monthly net income.

    23a. Copy line 12 (your combined monthly income) from Schedule I.     23a. $3,919.00

    23b. Copy your monthly expenses from line 22c above.     23b. − $2,144.00

    23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.     23c. $1,775.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
None.

**Fill in this information to identify your case:**

Debtor 1 __Jamila__ __Y.__ __Creasman__
        First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __18-31683__

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Jamila Y. Creasman_
Jamila Y. Creasman, Debtor 1
Date 06/15/2018
MM / DD / YYYY

X _____
Signature of Debtor 2
Date _____
MM / DD / YYYY